In the Matter of the Accounting of MARTIN J. KEOGH et al., as Trustees under the Will of DAVID JONES, Deceased.

WALTER D. STARR, Individually and as Administrator of the Estate of MAY C. D. STARR et al., Appellants; JULIA D. HAVILAND et al., Respondents.

(Submitted November 9, 1908; decided November 17, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 193 N. Y. 602.)

In the Matter of the Accounting of MARTIN J. KEOGH, as Surviving Trustee under the Will of DAVID JONES, Deceased.

WALTER D. STARR, Individually and as Administrator of the Estate of MARY C. D. STARR, Deceased, et al., Appellants; JULIA D. HAVILAND et al., Respondents.

(Submitted November 9, 1908; decided November 17, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 193 N. Y. 603.)

A. N. RIDGELY, Respondent, v. TALBOT J. TAYLOR & COMPANY, Appellant, Impleaded with Another.

Reported below, 126 App. Div. 303.
(Argued November 9, 1908; decided November 17, 1908.)

MOTION to dismiss an appeal from a judgment entered May 5, 1908, in favor of plaintiff upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial, and reinstated said verdict.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*I. R. Oeland* for motion.

*Robert W. Candler* opposed.

Motion denied, with ten dollars costs.